**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 30, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 03-50527
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CAMERON DAMEON COMBS, also known as Cameron Damon Combs,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-02-CR-90-ALL
--------------------

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM:[*]

Cameron Dameon Combs appeals his conviction for possession
of a firearm by a felon. He argues that the evidence was not
sufficient for a reasonable trier of fact to find beyond a
reasonable doubt that he possessed the firearm found in his
vehicle. However, Combs told police shortly after his arrest
that the gun was inoperable, revealing that he was intimately
familiar with the weapon. Viewing the evidence in the light most

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

favorable to the verdict, a reasonable trier of fact could have found that the evidence established beyond a reasonable doubt that Combs had been convicted of a felony and that he was in possession of a firearm that had a nexus with interstate commerce.  Thus, the evidence was sufficient to sustain his conviction.  See United States v. Ortega-Reyna, 148 F.3d 540, 543 (5th Cir. 1998); 18 U.S.C. § 922(g)(1).

Combs's conviction is AFFIRMED.